CLERK'S OFFICE U.S DIST COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB 25 2010
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JACOB D. PEYTON, </br> Plaintiff, | Civil Action No. 7:09-cv-00492 |
| v. | **ORDER** |
| BRYAN WATSON, et al., </br> Defendants. | By: Hon. Jackson L. Kiser </br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a preliminary injunction (No. 14) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 25th day of February, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge