CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RHe
DEC 13 2010
JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JACOB D. PEYTON, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BRYAN WATSON, et al., )<br>    Defendants. ) | Civil Action No. 7:09-cv-00492<br><br>**ORDER**<br><br>By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for reconsideration (no. 39) is **DENIED**; defendants' motion for summary judgment (no. 21) is **GRANTED in part** and **DENIED in part**: it is denied as to plaintiff's claim of excessive force against Carico and Robinson and granted as to plaintiff's remaining claims; Scarberry, Watson, Harvey, and C/O Roberts are **TERMINATED** as defendants; and the Clerk shall **UPDATE** the caption and **SET** this matter for trial.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 13th day of December, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge