# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JACOB D. PEYTON, IV,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:09CV00492 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **WARDEN BRYAN WATSON, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the Opinion accompanying this Final Judgment, it is **ADJUDGED AND ORDERED** as follows:

1. The Report of the magistrate judge and its findings and recommendations are wholly ACCEPTED AND APPROVED;

2. Judgment is entered in favor of the defendants J. Carico and R. Robinson and all claims against them by the plaintiff in this case are DISMISSED with prejudice;

3. Summary judgment having been previously entered in favor of all other defendants in this case, all of the plaintiff's claims in this case are DISMISSED with prejudice; and

4. Nothing further remaining to be done herein, the clerk will close this case.

ENTER: May 20, 2011


    /s/  James P. Jones
United States District Judge